PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, <br><br>Plaintiffs, <br><br>v. <br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br>Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br>**[FIRST REQUEST]** |

Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant to file a response to Plaintiffs' First Amended Complaint (ECF No. 2), from the current deadline of December 6, 2019 for two weeks, up to and including **December 20, 2019.** This is the first request for an extension of time to respond to Plaintiffs' First Amended Complaint.

Defendant seeks the extension of time to allow sufficient time to prepare an appropriate response to the First Amended Complaint. Plaintiff served Defendant with process on November

15, 2019, rending a response due on December 6, 2019.  Fed. R. Civ. P. 12.  Because of the inquiry needed to properly respond to Plaintiffs' allegations and personnel not being available, particularly due to the holiday, counsel requires additional time to answer or otherwise respond to Plaintiffs' First Amended Complaint.

Based on the foregoing, the parties hereby stipulate to an extension of time, until December 20, 2019, for Defendant to respond to the First Amended Complaint.  The two (2) week extension will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated:  November 26, 2019

Dated:  November 26, 2019

HATFIELD & ASSOCIATES, LTD.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Trevor J. Hatfield*
    Trevor J. Hatfield (#7373)
    703 S. Eighth Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiffs*

By: */s/ Crystal J. Herrera*
    Phoebe V. Redmond (#9657)
    Crystal J. Herrera (#12396)
    5100 West Sahara Avenue
    Las Vegas, Nevada  89146
    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this __27__ day of November 2019.

_____
UNITED STATES MAGISTRATE JUDGE