TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive <br><br> Defendant. | CASE NO: 2:19-cv-01474-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br> **(First Request)** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, do hereby stipulate and agree to extend the discovery deadlines sixty (60) days pursuant to LR IA 6-1 and LR 26-4 for the reasons provided below. A Joint Stipulated Discovery Plan and Scheduling Order pursuant to FRCP 26(f) and LR 26.1-e was entered on January 30, 2020. (ECF No. 11). This is the first request for an extension of discovery deadlines.

Discovery closes on June 16, 2020. The last day to file Dispositive Motions is July 16, 2020.

1. **DISCOVERY COMPLETED TO DATE:**

    A. Plaintiffs served Initial Disclosures on Defendant on January 24, 2020. Defendant served Initial Disclosures on Plaintiffs on January 27, 2020.

    B. Plaintiffs have provided Defendant with Medical Record Release Authorizations.

2. **DISCOVERY YET TO BE COMPLETED:**

    A. Plaintiffs intend to propound written discovery to Defendant, and take the depositions of fact and expert witnesses.

    B. Defendant intends to propound written discovery to Plaintiffs, and take the depositions of fact and expert witnesses.

3. **REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.**

There has been a harsh turn of events in the nation since discovery commenced in this case. The COVID-19 pandemic has caused many businesses to close and individuals to self-quarantine. Currently, all non-essential businesses in the State of Nevada are closed for a minimum of thirty (30) days. This holding pattern is rendering it problematic for the parties to safely and effectively conduct discovery in this case. Indeed, in-person depositions cannot reasonably be scheduled or taken in the next 30 days and the parties have agreed to defer written discovery during this time. In order to allow for the parties to complete the remaining discovery provided above, the parties respectfully request that the discovery deadlines in this matter be extended sixty (60) days. This is the first request for an extension, which is made in good faith and not for the purposes of delay.

///

///

## 4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.

A. On January 30, 2019, this Court ordered that the last date to complete discovery would be June 16, 2020, that the last day to file dispositive motions would be July 16, 2020, and that the last day to file a pretrial order would be August 14, 2020. The parties stipulate and agree to a proposed sixty (60) day stay of discovery plus the following proposed rescheduled discovery dates:

**Summary of Proposed Changes**

|  | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Close of Discovery** | **June 16, 2020** | **August 17, 2020** |
| **Interim Status Report** | **April 17, 2020** | **June 18, 2020** |
| **Disclosure of Experts and Expert Reports** | **April 17, 2020** | **June 18, 2020** |
| **Disclosure of Rebuttal Experts and their reports** | **May 18, 2020** | **July 17, 2020** |
| **Dispositive Motions** | **July 16, 2020** | **September 16, 2020** |
| **Pretrial Order** | **August 14, 2020** | **October 16, 2020** <br><br> **(If dispositive motions are filed, 30 days after the entry of the court's ruling on said motion)** |

*///*

*///*

*///*

*///*

*///*

*///*

| | |
|---|---|
| Dated: March 27, 2020 | Dated: March 27, 2020 |
| HATFIELD & ASSOCIATES, LTD. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| */s/ Trevor J. Hatfield*<br>By: _____<br>TREVOR J. HATFIELD<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>Email:thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* | */s/ Crystal J. Herrera*<br>By:_____<br>PHOEBE V. REDMOND, ESQ.<br>Nevada Bar No. 9657<br>CRYSTAL J. HERRERA, ESQ.<br>Nevada Bar No. 12396<br>5100 West Sahara Avenue<br>Las Vegas, Nevada 89146<br>Tel: (702) 799-5373<br>Fax: (702) 799-5505<br>Email: redmopv@nv.ccsd.net<br>Email: herrec4@nv.ccsd.net<br>*Attorneys for Clark County School District* |

**IT IS SO ORDERED.**

DATED this  30th  day of  March , 2020.

_____
U.S. MAGISTRATE JUDGE