TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, do hereby stipulate and agree to extend the discovery deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines First Request (ECF #15) sixty (60) days pursuant to LR IA 6-1 and LR 26-4 for the reasons provided below.  This is the parties' second request for an extension of discovery deadlines.

Discovery closes on August 17, 2020.  The last day to file Dispositive Motions is September 16, 2020.

1. **DISCOVERY COMPLETED TO DATE:**

    A.     Plaintiffs served Initial Disclosures on Defendant on January 24, 2020. Defendant served Initial Disclosures on Plaintiffs on January 27, 2020.

    B.     Plaintiffs provided Defendant with Medical Record Release Authorizations, and Defendant correspondingly served subpoenas for M.N.'s medical records.

    C.     Plaintiff M.N. served discovery in the form of Interrogatories, Requests for Documents, and Requests for Admissions on May 12, 2020.

    D.     Defendant served discovery in the form of Interrogatories and Requests for Production of Documents, on June 5, 2020.

2. **DISCOVERY YET TO BE COMPLETED:**

    A.    Plaintiffs intends to take the depositions of fact and expert witnesses.

    B.    Defendant intends on receiving M.N.'s medical records which have yet to be produced in response to its subpoenas and to take the depositions of fact and expert witnesses.

3. **REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.**

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case.  The parties have been diligent in conducting discovery.  Indeed, in-person depositions could not reasonably be scheduled or taken in the last 60 days and the parties agreed to defer written discovery for a period of time due to the pandemic.  Plaintiff's medical records are voluminous and have to be updated.  Defendant has requested medical records from over thirty medical providers.  In order to allow for the parties to complete the remaining discovery provided above,

the parties respectfully request that the discovery deadlines in this matter be extended sixty (60) days. This is the second request for an extension, which is made in good faith and not for the purposes of delay.

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.**

A. On March 30, 2020, this Court ordered that the last date to complete discovery would be August 17, 2020, that the last day to file dispositive motions would be September 16, 2020, and that the last day to file a pretrial order would be October 16, 2020. The parties stipulate and agree to a proposed sixty (60) day stay of discovery plus the following proposed rescheduled discovery dates:

**Summary of Proposed Changes**

|  | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Close of Discovery** | **August 17, 2020** | **October 16, 2020** |
| **Interim Status Report** | **June 18, 2020** | **Not applicable** <br><br> **(LR 26-3 deleted)** |
| **Disclosure of Experts and Expert Reports** | **June 18, 2020** | **August 17, 2020** |
| **Disclosure of Rebuttal Experts and their reports** | **July 17, 2020** | **September 16, 2020** |
| **Dispositive Motions** | **September 16, 2020** | **November 16, 2020** |
| **Pretrial Order** | **October 16, 2020** | **December 16, 2020** <br><br> **(If dispositive motions are filed, 30 days after the entry of the court's ruling on said motion)** |

///

///

- 3 -

**IT IS SO STIPULATED.**

Dated: June 5, 2020                               Dated: June 5, 2020

HATFIELD & ASSOCIATES, LTD.       CLARK COUNTY SCHOOL DISTRICT
                                                         OFFICE OF THE GENERAL COUNSEL

  */s/ Trevor J. Hatfield*
By: _____        */s/ Crystal J. Herrera*
 TREVOR J. HATFIELD                              By:_____
 Nevada Bar No. 7373                              PHOEBE V. REDMOND, ESQ.
 703 South Eighth Street                          Nevada Bar No. 9657
 Las Vegas, Nevada 89101                          CRYSTAL J. HERRERA, ESQ.
 (702) 388-4469 Tel.                                Nevada Bar No. 12396
 (702) 386-9825 Fax                                5100 West Sahara Avenue
 Email:thatfield@hatfieldlawassociates.com        Las Vegas, Nevada 89146
 *Attorney for Plaintiff*                          Tel: (702) 799-5373
                                                         Fax: (702) 799-5505
                                                         Email: redmopv@nv.ccsd.net
                                                         Email: herrec4@nv.ccsd.net
                                                         *Attorneys for Clark County School District*

**IT IS SO ORDERED.**

DATED this 8th day of June , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of June, 2020, I filed and served the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Second Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: June 5, 2020

By: /s/ *Freda P. Brazier*
An employee of Hatfield & Associates, Ltd.