TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Third Request)** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, do hereby stipulate and agree to extend the discovery deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines Second Request (ECF #17) sixty (60) days to December 15, 2020 pursuant to LR IA 6-1 and LR 26-4 for the reasons provided below. This is the parties' third request for an extension of discovery deadlines.

Discovery closes on October 16, 2020. The last day to file Dispositive Motions is November 16, 2020.

**1. DISCOVERY COMPLETED TO DATE:**

A. Plaintiffs served Initial Disclosures on Defendant on January 24, 2020.

B. Defendant served Initial Disclosures on Plaintiffs on January 27, 2020, First Supplemental Disclosures on July 9, 2020, and Second Supplemental Disclosures on July 10, 2020.

C. Plaintiffs provided Defendant with Medical Record Release Authorizations, and Defendant correspondingly served subpoenas for M.N.'s medical records.

D. Plaintiff M.N. served discovery in the form of Interrogatories, Requests for Documents, and Requests for Admissions on May 12, 2020. Defendant provided its responses on July 10, 2020, per an extension.

E. Defendant served discovery on all Plaintiffs in the form of Interrogatories and Requests for Production of Documents, on June 5, 2020. Plaintiffs' responses were due on July 5, 2020. Plaintiffs requested an extension to July 31, 2020.

**2. DISCOVERY YET TO BE COMPLETED:**

A. Plaintiffs intends to take the depositions of fact and expert witnesses.

B. Defendant intends on receiving M.N.'s remaining medical records in response to its subpoenas and to take the depositions of fact and expert witnesses.

**3. REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.**

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. The

parties have been diligent in conducting discovery. Indeed, in-person depositions could not reasonably be scheduled or taken in the last 60 days and the parties agreed to defer written discovery for a period of time due to the pandemic. In addition, Plaintiffs Eliseo Napoles and Marie Napoles have a limited command of the English language so the discovery requests must be translated to Spanish and their responses will have to be translated back to English. In order to allow for the parties to complete the remaining discovery provided above, the parties respectfully request that the discovery deadlines in this matter be extended sixty (60) days. This is the third request for an extension, which is made in good faith and not for the purposes of delay.

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.**

A. On March 30, 2020, this Court ordered that the last date to complete discovery would be August 17, 2020, that the last day to file dispositive motions would be September 16, 2020, and that the last day to file a pretrial order would be October 16, 2020. The parties stipulate and agree to a proposed sixty (60) day stay of discovery plus the following proposed rescheduled discovery dates:

**B. Summary of Proposed Changes**

|  | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Close of Discovery** | **October 16, 2020** | **December 15, 2020** |
| **Disclosure of Experts and Expert Reports** | **August 17, 2020** | **October 16, 2020** |
| **Disclosure of Rebuttal Experts and their Reports** | **September 16, 2020** | **November 16, 2020 as November 15, 2020 is a Sunday** |
| **Dispositive Motions** | **November 16, 2020** | **January 14, 2021** |
| **Pretrial Order** | **December 16, 2020** | **February 15, 2021, as February 13, 2021 is a Saturday.** <br> **(If dispositive motions are filed, 30 days after the entry of the court's ruling on said motion)** |

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

- 3 -

**IT IS SO STIPULATED.**

Dated: July 16, 2020                          Dated: July 16, 2020

HATFIELD & ASSOCIATES, LTD.                   CLARK COUNTY SCHOOL DISTRICT
                                              OFFICE OF THE GENERAL COUNSEL

 */s/ Trevor J. Hatfield*
By: _____           By:  */s/ Crystal J. Herrera*
 TREVOR J. HATFIELD, ESQ.                      PHOEBE V. REDMOND, ESQ.
 Nevada Bar No. 7373                           Nevada Bar No. 9657
 703 South Eighth Street                       CRYSTAL J. HERRERA, ESQ.
 Las Vegas, Nevada 89101                       Nevada Bar No. 12396
 Tel.: (702) 388-4469                          5100 West Sahara Avenue
 Email:thatfield@hatfieldlawassociates.com     Las Vegas, Nevada 89146
 *Attorney for Plaintiffs*                     Tel.: (702) 799-5373
                                               Email: redmopv@nv.ccsd.net
                                               Email: herrec4@nv.ccsd.net
                                               *Attorneys for Clark County School District*

IT IS SO ORDERED

DATED: 4:02 pm, July 21, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

- 4 -