TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO: 2:19-cv-01474-APG-BNW<br><br>**PLAINTIFFS' MOTION TO APPOINT ELISEO NAPOLES AND MARIA NAPOLES AS GUARDIANS AD LITEM FOR MINOR PLAINTIFF M.N.** |

COME NOW, Plaintiffs, ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and respectfully submit this Motion to Appoint Eliseo Napoles and Maria Napoles as Guardians Ad Litem for Plaintiff M.N., a Minor.

Eliseo Napoles is the father of Plaintiff M.N., a minor currently fifteen (15) years old.

Maria Napoles is the mother of Plaintiff M.N., a minor currently fifteen (15) years old.

M.N. has commenced an action in this court against Defendant Clark County School District for violation of his rights under the Fourth Amendment to the United States Constitution, Violation of Title II of the Americans with Disabilities Act (as amended), Violation of the

Rehabilitation Act of 1973, and several torts under state law.  At the time of the incident, M.N. was twelve (12) years old.

M.N. has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.  Eliseo Napoles and Maria Napoles are M.N.'s natural parents and responsible people and fully competent to understand and protect the rights of M.N..  They have no interest adverse to that of the minor and are willing to act as guardians ad litem for the minor.

A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. Fed.R.Civ.P. 17 (c)(2).  "The court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor or incompetent person who is unrepresented in an action."  *Ibid.*  Federal Rule of Civil Procedure 17 does not contain a time constraint for filing a petition for guardian ad litem.  *Dean v. City & County of San Francisco, 2006 WL 824336 (N.D. Cal. Mar. 28, 2006)*

///

///

///

///

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs respectfully request that the Court appoint Eliseo Napoles and Maria Napoles as Guardians Ad Litem for Plaintiff M.N.

Date: August 26, 2020

HATFIELD & ASSOCIATES, LTD.

*Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq., (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiffs*

Plaintiffs Eliseo and Maria Napoles, mother and father of minor M.N., petition this Court to act as guardians ad litem in this action against the Clark County School District. Fed. R. Civ. P. 17 (c)(2) allows a minor or an incompetent person who does not have a duly appointed representative to sue by a next friend or by a guardian ad litem. Counsel represents that M.N. has no duly appointed representative and that Eliseo and Maria Napoles are M.N.'s natural parents, responsible people, fully competent to understand and protect the rights of M.N., and have no interest adverse to that of the minor. The decision to appoint a guardian ad litem under Rule 17(c) is "left to the sound discretion of the trial court." *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). The Court exercises its discretion here to appoint Eliseo and Maria Napoles as guardians ad litem of M.N. The motion at ECF No. 20 is therefore granted.

**IT IS SO ORDERED**

**DATED:** 6:30 pm, October 21, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**