PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(FIFTH REQUEST)** |

Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, hereby stipulate to extend the rebuttal expert deadline 14 days and the remaining discovery deadlines 60 days.  This is the parties' fifth request for an extension of discovery deadlines.

**1. DISCOVERY COMPLETED TO DATE:**

A. Plaintiffs served Initial Disclosures on Defendant on January 24, 2020, and First Supplemental Disclosures on August 20, 2020.

B.     Defendant served Initial Disclosures on Plaintiffs on January 27, 2020, First Supplemental Disclosures on July 9, 2020, and Second Supplemental Disclosures on July 10, 2020.

C.     Plaintiffs provided Defendant with Medical Record Release Authorizations, and Defendant correspondingly served subpoenas for M.N.'s medical records.

D.     Plaintiff M.N. served discovery in the form of Interrogatories, Requests for Documents, and Requests for Admissions on May 12, 2020.  Defendant provided its responses. Plaintiff requested certain supplemental responses to Defendant's Interrogatory answers, responses to Request for Production of Documents and Requests for Admissions and in accordance with a meet and confer on October 12, 2020, Defendant provided supplemental answers and responses to Request for Admissions and Interrogatory.  The parties continue to discuss the parameters of certain e-discovery requests made by Plaintiff so that Defendant may provide a supplemental response to said requests.

E.     Plaintiff M.N. served a supplemental request for production of documents on September 18, 2020.  Defendant provided its response.

F.     Defendant served discovery on all Plaintiffs in the form of Interrogatories and Requests for Production of Documents, on June 5, 2020.  Plaintiffs have provided responses and supplemental responses.

G.     Plaintiffs served initial expert reports on Defendant, on October 30, 2020.

**2.   DISCOVERY YET TO BE COMPLETED:**

A.     Plaintiff is taking the deposition of a fact witness on December 3, 2020.  Plaintiffs intend to take the depositions of other fact and expert witnesses.

B.     Defendant intends on receiving M.N.'s remaining medical records in response to subpoenas and to take the depositions of Plaintiffs, along with other fact and expert witnesses.

Defendant scheduled Eliseo and Maria Napoles' depositions to take place on November 24, 2020, however the depositions were vacated in light of new pandemic-related directives.

      C.    On August 10, 2020, Defendant requested a time to take Plaintiff M.N.'s deposition. Plaintiff is seeking to confer with M.N.'s doctors on whether M.N. is physically and mentally capable of being deposed.

### 3. REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. The parties have been diligent in conducting discovery, including engaging in meet-and-confers, providing supplemental discovery responses, noticing depositions, and disclosing initial expert witnesses. However, the parties had to vacate Eliseo and Maria Napoles depositions', scheduled to take place on November 24, 2020, due to new pandemic-related directives and the surge of COVID-19 cases in the valley. Those depositions are in the process of being rescheduled. The parties are also engaging in discussions on M.N.'s medical ability to be deposed. Furthermore, Defendant requires additional time to produce reports in response to Plaintiffs' expert reports, as the pandemic in conjunction with the holidays in November have delayed the ability to obtain said reports by the current deadline. In order to allow the parties to complete the remaining discovery provided above, the parties respectfully request the rebuttal expert deadline be extended two (2) weeks, while the other remaining discovery deadlines be extended sixty (60) days. This is the fifth request for an extension, which is made in good faith and not for the purposes of delay.

…

…

…

…

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.**

The parties stipulate and agree to a proposed extension of the deadlines as set forth below:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Close of Discovery | January 15, 2021 | **March 16, 2021** |
| Disclosure of Rebuttal Experts and their Reports | December 7, 2020 | **December 21, 2020** |
| Dispositive Motions | February 16, 2021 | **April 15, 2021** |
| Pretrial Order | March 15, 2021 | **May 17, 2021 (If dispositive motions are filed, 30 days after the court's ruling)** |

Dated:  December 2, 2020

HATFIELD & ASSOCIATES, LTD.

By: _/s/ Trevor J. Hatfield_____
    Trevor J. Hatfield (#7373)
    703 S. Eighth Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiffs*

Dated:  December 2, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _/s/ Crystal J. Herrera_____
    Phoebe V. Redmond (#9657)
    Crystal J. Herrera (#12396)
    5100 West Sahara Avenue
    Las Vegas, Nevada  89146
    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:39 pm, December 04, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE