TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Sixth Request)** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, do hereby stipulate and agree to extend the discovery deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines Fifth Request (ECF #25) from March 16, 2021 to May 17, 2021 pursuant to LR IA 6-1 and LR 26-4 and FRCP 29(b) for the reasons provided below. This is the parties' sixth request for an extension of discovery deadlines.

1.  **DISCOVERY COMPLETED TO DATE:**

A. Plaintiffs served Initial Disclosures on Defendant on January 24, 2020, First Supplemental Disclosures on August 20, 2020, and Second Supplemental Disclosures on December 16, 2020.

B. Defendant served Initial Disclosures on Plaintiffs on January 27, 2020, First Supplemental Disclosures on July 9, 2020, Second Supplemental Disclosures on July 10, 2020, Third Supplemental Disclosures on December 14, 2020, Fourth Supplemental Disclosures on December 21, 2021, Fifth Supplemental Disclosures on January 29, 2021 , Sixth Supplemental Disclosures on February 4, 2021, and Seventh Supplemental Disclosures on February 9, 2021.

C. Plaintiffs provided Defendant with Medical Record Release Authorizations, and Defendant correspondingly served subpoenas for M.N.'s medical records.

D. Plaintiff M.N. served discovery in the form of Interrogatories, Requests for Documents, and Requests for Admissions on May 12, 2020. Defendant provided its responses. Plaintiff M.N. served a second request for production of documents on September 18, 2020. Defendant provided its responses and amended responses. Plaintiff M.N. served a third request for production of documents on January 5, 2021. Defendant provided its responses.

E. Defendant served discovery on all Plaintiffs in the form of Interrogatories and Requests for Production of Documents, on June 5, 2020. Plaintiffs have provided responses and supplemental responses.

F. Plaintiffs served initial expert reports on Defendant on October 30, 2020.

G. Defendant served initial expert reports on Plaintiff on December 21, 2020.

H. Plaintiffs took the deposition of a fact witness on December 3, 2020.

I. Defendant took the deposition of Plaintiffs Eliseo Napoles on January 25, 2021, and Maria Napoles on January 29, 2021.

## 2. DISCOVERY YET TO BE COMPLETED:

A. Plaintiffs intend to depose Defendant's three designated expert witnesses.

B. Plaintiffs may serve additional discovery requests to Defendant.

C. Defendant noticed the deposition of Plaintiff M.N. for March 1, 2021. Plaintiffs are seeking to confer with M.N.'s doctors on whether M.N. is physically and mentally capable of being deposed.

D. Defendant intends on taking the depositions of other fact and expert witnesses. Defendant noticed the deposition of one fact witness for February 25, 2021 and Plaintiff M.N.'s treating cardiologist for March 12, 2021. Defendant will also depose Plaintiffs' three designated expert witnesses.

E. Defendant intends on receiving M.N.'s remaining medical records.

F. Defendant may serve additional discovery requests to Plaintiffs.

## 3. REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. The parties have been diligent in conducting discovery, including engaging in meet-and-confers, providing supplemental discovery responses, noticing and taking depositions, and disclosing initial and rebuttal expert witnesses. However, additional time is needed to depose other fact and expert witnesses, especially when M.N.'s medical ability to be deposed is also still being evaluated by Plaintiffs. The parties also need more time to obtain M.N.'s medical records. In order to allow for the parties to complete the remaining discovery provided above they request an additional sixty (60) days. This is the sixth request for an extension, which is made in good faith and not for the purposes of delay.

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DEADLINES.**

The parties stipulate and agree to a proposed extension of the discovery and dispositive motions deadlines as set forth below:

**A.     Summary of Proposed Changes**

|  | Current Deadline | Revised Deadline |
|---|---|---|
| **Close of Discovery** | March 16, 2021 | May 17, 2021 (as the 60th day from March 16, 2021 is a Saturday, May 15, 2021) |
| **Dispositive Motions** | April 15, 2021 | June 16, 2021 |
| **Pretrial Order** | May 17, 2021 | July 16, 2021 (If dispositive motions are filed, 30 days after the court's ruling) |

Dated:  February 16, 2021

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
By: _____
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.:  (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiffs*

Dated:  February 16, 2021

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

*/s/ Crystal J. Herrera*
By: _____
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel.:  (702) 799-5373
Email:  redmopv@nv.ccsd.net
Email:  herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

### ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  However, as the parties know, this is the parties' sixth request for an extension.  Thus, the parties should do everything possible to complete all discovery in this extended period.  The Court is not inclined to grant additional extensions absent extraordinary circumstances establishing good cause.                          **IT IS SO ORDERED**

**DATED:** 11:55 am, February 19, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469