PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER ALLOWING CERTAIN DEPOSITIONS TO TAKE PLACE AFTER DISCOVERY DEADLINE AND EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS AND JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |

      Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, agree as set forth below to take two depositions after the close of discovery on May 17, 2021, to extend the deadline for dispositive motions from June 16, 2021 to July 30, 2021, and to extend the deadline for pre-trial orders from July 16, 2021 to August 30, 2021. This is the Parties' first request for an extension of time of the dispositive motions and joint pre-trial order.

      WHEREAS the current discovery deadline is Monday, May 17, 2021;

1 | WHEREAS the current deadlines to file dispositive motions and the joint pre-trial order are June 26, 2021 and July 16, 2021, respectively;

WHEREAS two depositions noticed by Plaintiffs (Sara Rosengren and a Rule 30(b)(6) of Defendant) have not taken place due to scheduling issues and a meet and confer;

WHEREAS the parties agreed to reschedule the two depositions for a subsequent date to occur after the May 17, 2021 discovery cut-off;

WHEREAS the parties have agreed to reschedule Sara Rosengren's deposition for Monday, May 24, 2021, considering the schedule of Ms. Rosengren and counsel for the Parties;

WHEREAS the parties have agreed to reschedule the Rule 30(b)(6) of Defendant deposition for Thursday, May 27, 2021 and Wednesday, June 2, 2021, considering the schedules of parties and counsel for the Parties;

WHEREAS, the dates of the two continued depositions, will require an extension of the dispositive motion deadline to ensure complete copies of two deposition transcripts are available and received; therefore the Parties request that the dispositive motion deadline be continued for forty-five days (45) or until July 30, 2021.  In conjunction with this, the Parties request that the deadline for the pre-trial order be continued for thirty days (30) after that, or until August 30, 2021.  This is the Parties' first request for an extension of these deadlines, and is requested due to the circumstances detailed above, and the Parties' schedules.  It is made in good faith and is not intended to cause delay.

…
…
…
…
…
…
…
…
…

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The depositions of Sara Rosengren and the Rule 30(b)(6) of Defendant are permitted to proceed after the close of the discovery deadline, May 17, 2021.

2. The deadlines to file dispositive motions and the joint pre-trial order are continued for forty-five days, until July 30, 2021 and August 30, 2021, respectively.

Dated: May 20, 2021.

HATFIELD & ASSOCIATES, LTD.

By: */s/ Trevor J. Hatfield*
    Trevor J. Hatfield (#7373)
    703 S. Eighth Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiffs*

Dated: May 20, 2021.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
    Phoebe V. Redmond (#9657)
    Crystal J. Herrera (#12396)
    5100 West Sahara Avenue
    Las Vegas, Nevada 89146
    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated May 24, 2021.

_____
UNITED STATES MAGISTRATE JUDGE