PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(Second Request)** |

Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their counsel of record, hereby stipulate to extend the dispositive motion deadline from the current deadline of July 30, 2010 (ECF No. 28) for 7 days, up to and including **August 6, 2021**. This is the second request for an extension of time to the dispositive motion deadline.

This request is made within twenty-one days of the current deadline, and the parties believe good cause exists for the extension. The parties previously requested an extension to the dispositive motion deadline to permit certain depositions to take place after the close of discovery

and to allow receipt of deposition transcripts to prepare proper dispositive motion(s).  Given the additional discovery conducted after the close of discovery deadline and counsel' litigation deadlines in other matters, the parties require additional time to file appropriate dispositive motions.   The parties, therefore, request a short (7) day extension of the dispositive motion deadline.

By way of the instant stipulation, Plaintiffs and Defendant have agreed to extend the dispositive motion deadline 7 days to **August 6, 2021** and similarly agreed to extend the joint pretrial order deadline to September 6, 2021.  The joint pre-trial order shall be suspended until 30 days after any dispositive motions are decided or until further order of the Court.

This request is made in good faith and not for the purpose of delay.

Dated:  July 26, 2021.                                     Dated:  July 26, 2021.

HATFIELD & ASSOCIATES, LTD.           CLARK COUNTY SCHOOL DISTRICT
                                                                   OFFICE OF THE GENERAL COUNSEL


By: */s/ Trevor J. Hatfield*_____        By: */s/ Crystal J. Herrera*_____
    Trevor J. Hatfield (#7373)                     Phoebe V. Redmond (#9657)
    703 S. Eighth Street                               Crystal J. Herrera (#12396)
    Las Vegas, Nevada 89101                      5100 West Sahara Avenue
    *Attorney for Plaintiffs*                           Las Vegas, Nevada  89146
                                                                *Attorneys for Defendant*


## ORDER

**IT IS SO ORDERED.**

Dated July 29, 2021.


_____
UNITED STATES MAGISTRATE JUDGE