TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO: 2:19-cv-01474-APG-BNW<br><br>**JOINT STIPULATED REQUEST FOR SETTLEMENT CONFERENCE** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, hereby jointly request a settlement conference with Magistrate Judge Brenda Weksler. The parties have conferred and are available on October 13, 2021.

///

///

///

Alternatively, the parties will make best efforts to appear for a settlement conference on a date set by the Court.

Dated: August 27, 2021

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
By: _____
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email:thatfield@hatfieldlawassociates.com
*Attorney for Plaintiffs*

Dated: August 27, 2021

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

*/s/ Crystal J. Herrera*
By: _____
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel.: (702) 799-5373
Email: redmopv@nv.ccsd.net
Email: herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2021.