TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendant. | CASE NO:  2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

COMES NOW, Plaintiffs, ELISEO NAPOLES, MARIE NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM (hereinafter, "Plaintiffs"), by and through their counsel, the law firm of Hatfield & Associates, Ltd., and Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "Defendant"), by and through its counsel, Phoebe V. Redmond, Esq., and Crystal J. Herrera, Esq., of the Clark County School District Office of the General Counsel, do hereby stipulate and agree to extend time for Plaintiffs to respond to Defendant's Motion For Summary Judgment (ECF #35).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties' second request for an extension of time for Plaintiffs to respond to Defendant's Motion for Summary Judgment.

///

Good cause exists for this extension, as Plaintiffs' counsel needs to confer with his clients regarding the facts of the attendant motion and to formulate Plaintiffs' response. As Plaintiffs' first language is Spanish and their understanding of English is very poor, a translator is required to review draft Declarations which requires additional time to confer with Plaintiffs.

Accordingly, Plaintiff shall have up to and including September 17, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #35). Defendant's reply to Plaintiffs' response will be adjusted accordingly.

| | |
|---|---|
| Dated: September 9, 2021 | Dated: September 9, 2021 |
| HATFIELD & ASSOCIATES, LTD. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| */s/ Trevor J. Hatfield* <br> By: _____ <br> TREVOR J. HATFIELD, ESQ. <br> Nevada Bar No. 7373 <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Tel.: (702) 388-4469 <br> Email:thatfield@hatfieldlawassociates.com <br> *Attorney for Plaintiffs* | */s/ Phoebe V. Redmond* <br> By: _____ <br> PHOEBE V. REDMOND, ESQ. <br> Nevada Bar No. 9657 <br> CRYSTAL J. HERRERA, ESQ. <br> Nevada Bar No. 12396 <br> 5100 West Sahara Avenue <br> Las Vegas, Nevada 89146 <br> Tel.: (702) 799-5373 <br> Email: redmopv@nv.ccsd.net <br> Email: herrec4@nv.ccsd.net <br> *Attorneys for Clark County School District* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 10, 2021