PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment (ECF No. 35), from the current deadline of October 1, 2021 (ECF No. 43) for three weeks, up to and including **October 22, 2021**. This is the first request for an extension of time to file a reply in support of Defendant's Motion for Summary Judgment.

Defendant seeks the extension of time to provide Defendant time to evaluate and properly respond to the arguments raised in Plaintiffs' Response to Defendant's Motion for Summary

1  Judgment, as it raises a potential amendment of pleadings.  (ECF No. 43).  The extension is also
2  sought so the parties may focus their time and resources on resolution through a Settlement
3  Conference scheduled on October 13, 2021.  (ECF No. 40).
4      Based on the foregoing, the parties hereby stipulate to an extension of time, until
5  October 22, 2021, for Defendant to file a Reply in Support of Defendant's Motion for Summary
6  Judgment.  The three (3) week extension will have no significant or prejudicial impact on the
7  proceedings.
8      This request is made in good faith and not for the purpose of delay.

9  Dated:  September 30, 2021.         Dated:  September 30, 2021.

10 HATFIELD & ASSOCIATES, LTD.        CLARK COUNTY SCHOOL DISTRICT
11                                     OFFICE OF THE GENERAL COUNSEL
12
13 By: */s/ Trevor J. Hatfield*          By: */s/ Crystal J. Herrera*
   TREVOR J. HATFIELD, ESQ. (#7373)    PHOEBE V. REDMOND, ESQ. (#9657)
14 703 S. Eighth Street                 CRYSTAL J. HERRERA, ESQ. (#12396)
   Las Vegas, Nevada 89101              5100 West Sahara Avenue
15 *Attorney for Plaintiffs*            Las Vegas, Nevada  89146
                                        *Attorneys for Defendant*
16
17
18
19
20                                      **IT IS SO ORDERED.**
21
22                                      _____
                                        ANDREW P. GORDON
23                                      UNITED STATES DISTRICT JUDGE
24                                      DATED: September 30, 2021
25
26
27
28