PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
redmopv@nv.ccsd.net
herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELISEO NAPOLES, MARIA NAPOLES AND M.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-01474-APG-BNW<br><br>**STIPULATION AND ORDER ON ECF NO. 49** |

    Plaintiffs Eliseo Napoles, Maria Napoles, and M.N., by and through his guardian ad litem, (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, having agreed to resolve this matter subject to a required minor's compromise, and Plaintiffs having petitioned the Court for a compromise of minor's claim (ECF No. 50), hereby stipulate and request that the Court extend the time for the parties to file dismissal paperwork 30 days after a decision on the Petition (ECF No. 50).

The request would extend the January 4, 2022 deadline set forth in ECF No. 49.

Dated:  January 3, 2022.                                               Dated:  January 3, 2022.

HATFIELD & ASSOCIATES, LTD.                          CLARK COUNTY SCHOOL DISTRICT
                                                                                 OFFICE OF THE GENERAL COUNSEL


By: */s/ Trevor J. Hatfield*                                         By: */s/ Crystal J. Herrera*
TREVOR J. HATFIELD, ESQ. (#7373)              PHOEBE V. REDMOND, ESQ. (#9657)
703 S. Eighth Street                                                CRYSTAL J. HERRERA, ESQ. (#12396)
Las Vegas, Nevada 89101                                       5100 West Sahara Avenue
*Attorney for Plaintiffs*                                            Las Vegas, Nevada  89146
                                                                                  *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  January 4, 2022